AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

# ORIGINAL

| | | |
|---|---|---|
| DONNA L. WINTERS | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. ⫟: /⫞cv ⁊3 |
| EQUIFAX INFORMATION SERVICES, LLC. | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EQUIFAX INFORMATION SERVICES, LLC.
SERVE: Corporation Service Company, Registered Agent
Bank of America Center, 16th Floor
1111 East Main Street
Richmond, Virginia 23219



FILED

MAY 30 2012

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LEONARD A. BENNETT
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
(757) 930-3660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  5/17/12

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*




My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____


_____
*Server's signature*


_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

# CERTIFICATE
## OF
## CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at Bank of America Center, 16th Floor, 1111 East Main Street, Richmond, VA 23219

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

Beverley L. Crump     Rene Nordquist     Meda Sterrett
Nicole T. McCallum    Pamela Frazier     Linda B. Liles
Amy Tarker            Kari Childress     John Isom
Dustin Kline

**WHEREFORE,** Corporation Service Company has caused its corporate name to be hereunto subscribed this 29 day of April 2011.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 29th day of April 2011, by George A. Massih III.

_____
Notary Public

My Commission Expires: 1-31-13

# AFFIDAVIT OF SERVICE

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA | SERVICE OTHER THAN BY VIRGINIA SHERIFF |

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA**

STATE/COMMONWEALTH OF: VA

319069 - 1

DONNA L WINTERS

In re / v.

EQUIFAX INFORMATION SERVICES, LLC

}
}
}
}
}
}
}

CASE NO:

## 4:12CV73

---

### CORPORATION SERVICE CO., REG AGENT

### EQUIFAX INFORMATION SERVICES, LLC

#### 1111 E MAIN ST BANK OF AMERICA 16TH FL, RICHMOND, VA 23219

is the name and address of the person upon whom service of the following is to be made.

| Document(s) Served: | SUMMONS IN A CIVIL ACTION |
|---|---|
| | COMPLAINT |

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:       **5/24/2012**  @  **11:58 AM**

METHOD OF SERVICE:

*Being unable to make personal service, a copy was delivered in the following manner:*

**Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport** *Service accepted by:*

***RENE NORDQUIST, ADMIN ASST***

Dated: 5/25/2012                      Signature
Name: LARAINE NICOLE JOHNSON

COMMONWEALTH OF VIRGINIA

CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by

LARAINE NICOLE JOHNSON

who is personally known to me.

Date: 5/25/2012

My commission expire   8/31/2012

Signature of Notary Public:       MICHAEL L. MCWHORTER, REG #23762

| |
|---|
| **MICHAEL L. MCWHORTER, REG #23762**<br>**Notary Public**<br>**Commonwealth of Virginia**<br>**My Commission Expires:  8/31/2012** |

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833