IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION



DONNA L. WINTERS,

    Plaintiff,

v.                              Case No. 4:12cv00073-RGD-FBS

EQUIFAX INFORMATION SERVICES
LLC;

    Defendant.

## ORDER

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of Plaintiff, DONNA L. WINTERS, against Defendant EQUIFAX INFORMATION SERVICES LLC are hereby DISMISSED, WITH PREJUDICE, with each party to bear its own costs.

This _12_ day of July, 2012.

/s/
Robert G. Douma
Senior United States District Judge

Honorable Judge, United States District Court
Eastern District of Virginia

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

DONNA L. WINTERS,

    Plaintiff,

v.                               Case No. 4:12cv00073-RGD-FBS

EQUIFAX INFORMATION SERVICES
LLC;

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE BY PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES LLC

Plaintiff, Donna L. Winters, by counsel, and Defendant, Equifax Information Services LLC ("Equifax"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Equifax should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this ___9___ day of July, 2012.

By: /s/
Leonard Anthony Bennett
Consumer Litigation Associates, PC
763 J. Clyde Morris Boulevard
Suite 1-A
Newport News, Virginia 23601
Attorneys for Plaintiff, Donna L. Winters

By: /s/
John W. Montgomery, Jr.
Montgomery & Simpson, LLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
(804) 355-8744
(804) 355-8748 (fax)
Attorneys for Equifax Information Services LLC